**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE:<br>SIDLE, JASON<br><br>**Debtor(s)** | Case No. 08-13884 RAG<br><br>**Chapter 7** |

**TRUSTEE'S APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $875.33 and reimbursement of expenses in the amount of $57.13 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

**COMPUTATION OF COMPENSATION AND EXPENSES**

Total disbursements to other than debtor will be                                        $       3,501.31

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 23, 1994)

| | | | | |
|---|---|---|---|---|
| | $ 3,501.31 | 25% of First $5,000 | $ | 875.33 |
| Less | $ -5,000.00 | ($1,250.00 Maximum) | | |
| Balance | $ 0.00 | 10% of next $45,000 | $ | 0.00 |
| Less | $ -45,000.00 | ($4,500.00 Maximum) | | |
| Balance | $ 0.00 | 5% of next $950,000 | $ | 0.00 |
| Less | $ -950,000.00 | ($47,500.00 Maximum) | | |
| Balance | $ 0.00 | 3% of Balance | $ | 0.00 |

TOTAL COMPENSATION REQUESTED                                                     $           875.33

TRUSTEE'S EXPENSES (ITEMIZED):
Premium on Trustee's bond . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00
Necessary travel (0 miles @0.0 cents/mile) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00
Necessary copies (125 @25.0 cents/copy) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    31.25
Postage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    21.88
Telephone charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00

Clerical/secretarial staff (0.0 hrs @ $0.00/hr) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00  
Paralegal staff(0.0 hrs @ $0.00/hr) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00  
Supplies/stationary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00  
Distribution  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     4.00  
Professional  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00  
Other  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     0.00  

     TOTAL EXPENSES CLAIMED  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    57.13  

     TOTAL REQUESTED FEES AND EXPENSES . . . . . . . . . . . . . . . . . . . . $   932.46  

     WHEREFORE, the Trustee request this application be approved by the Court and that the Trustee be awarded $875.33 as compensation and $57.13 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated:      April 27, 2010            /s/ GEORGE W. LIEBMANN, TRUSTEE  
                                             GEORGE W. LIEBMANN, TRUSTEE  
                                             8  WEST HAMILTON STREET  
                                             BALTIMORE, MD 21201  
                                             (410) 752-5887